```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
_____

SENATOR OPHELIA FORD, WILLIAM MARTIN     )
SCRUGGS, PAUL F. LOWE AND                )
GWENDOLYN ELLERSON                       )
                                         )
     Plaintiffs,                         )
                                         )
v.                                       )No. 2:06-cv-2031 D/V
                                         )
SENATORS MAE BEAVERS, DIANE BLACK,       )
JIM BRYSON, TIM BURCHETT,                )
RUSTY CROWE, RAYMOND FINNEY              )
DAVID FOWLER, BILL KETRON,               )
RANDY MCNALLY, JEFF MILLER,              )
MARK NORRIS,CURTIS S. PERSON, JR,        )
RON RAMSEY, STEVE SOUTHERLAND,           )
JIM TRACY, MICHAEL R. WILLIAMS,          )
JAMIE WOODSON, KATHRYN I. BOWERS,        )
CHARLOTTE BURKS, STEPHEN I.COHEN,        )
JERRY W. COOPER, WARD CRUTCHFIELD,       )
THELMA HARPER, JOE M. HAYNES, DOUGLAS    )
HENRY, ROY HERRON, DOUG JACKSON,         )
TOMMY KILBY, ROSALIND KURITA,            )
JAMES F. KYLE, JR., DON MCCLEARY,        )
LT. GOV. JOHN S. WILDER and              )
TERRY ROLAND                             )
                                         )
     Defendants.                         )
```

**TEMPORARY RESTRAINING ORDER**

This cause is before the Court on an Application for a Temporary Restraining Order from the Plaintiffs in the above-styled case.

Based upon the sworn Complaint and the statements of counsel for the Plaintiffs to the effect that he has communicated with counsel for the State Official Defendants in

the Tennessee Attorney General's Office and Richard Fields and/or Lang Wiseman, Attorneys for Defendant Terry Roland, that he has faxed a copy of the Complaint to each and notified them of a telephone hearing on his Application.

And it appearing to the Court that the Plaintiffs will be irreparably harmed if the Tennessee Senate acts immediately to void the Special Election in Senate District 29 before a hearing can be had in this Court on the allegations in the Complaint relating to potential violations of the Voting Rights Act and the Fourteenth Amendment to the Constitution, and for good cause shown.

IT IS THEREFORE ORDERED, that the Defendants be and hereby are enjoined from proceeding to take any action to affirm or void the election in Senate District 29 pending a hearing on the Plaintiffs' Application for a preliminary injunction in this cause, which is to be set in the United States District Court for the Western District of Tennessee on January 25, 2006 at 8:45 a.m., or further orders of this Court.

                                          s/Bernice B. Donald_
                                          UNITED STATES DISTRICT JUDGE
                                          Date: January 18, 2006 at 6:08 p.m.