# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| SENATOR OPHELIA FORD, WILLIAM MARTIN SCRUGGS, PAUL F. LOWE, AND GWENDOLYN ELLERSON ) ) ) ) **Plaintiffs**, ) ) v. ) ) SENATORS MAE BEAVERS, DIANE BLACK, JIM BRYSON, TIM BURCHETT, RUSTY CROWE, RAYMOND FINNEY, DAVID FOWLER, BILL KETRON, RANDY MCNALLY, JEFF MILLER, MARK NORRIS, CURTIS PEARSON, JR., RON RAMSEY, STEVE SOUTHERLAND, JIM TRACY, MICHAEL R. WILLIAMS, JAMIE WOODSON, KATHRYN I. BOWERS, CHARLOTTE BURKS, STEPHEN I. COHEN, JERRY W. COOPER, WARD CRUTCHFIELD, THELMA HARPER, JOE M. HAYNES, DOUGLAS HENRY, ROY HERRON, DOUG JACKSON, TOMMY KILBY, ROSALIND KURITA, JAMES F. KYLE, JR., DON MCCLEARY, LT. GOV. JOHN S. WILDER, AND TERRY ROLAND ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Defendants**. ) | No. 2:06-cv-2031 D/V JUDGE BERNICE DONALD |

## STATE DEFENDANTS' MOTION TO DISMISS

The State Defendants[1], by and through the Attorney General for the State of Tennessee, respectfully move this Court to dismiss Plaintiffs' Complaint in its entirety and with prejudice, pursuant to Fed.R.Civ.P. 12(b)(2) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

---

[1] The State Defendants include all the named defendants, with the exception of Mr. Terry Roland.

This motion is supported by any accompanying memorandum of law.

        Respectfully submitted,

        PAUL G. SUMMERS
        Attorney General


        /s William Helou
        WILLIAM HELOU (BPR 22839)
        Assistant Attorney General
        Special Litigation Division


        /s Janet M. Kleinfelter
        JANET M. KLEINFELTER (BPR 13889)
        Senior Counsel
        Financial Division
        P.O. Box 20207
        Nashville, TN 37202-20207
        Phone: 615-253-3327
        Fax: 615-741-2009

## CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2006, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| David J. Cocke | John Ryder |
| The Bogatin Law Firm, PLC | Harris, Shelton, Hanover, Walsh |
| 1661 International Place Drive, Suite 300 | 2700 One Commerce Place |
| Memphis, TN 38120-1481 | Memphis, TN 38103 |
| | |
| Richard B. Fields | Lang Wiseman |
| 688 Jefferson Avenue | Wiseman Biggs Bray |
| Memphis, TN 38105 | 1665 Bonnie Lane |
| | Suite 106 |
| | Memphis, TN 38106 |

Dated this 24rd day of January 2006.

                                BY:    /s JANET M. KLEINFELTER
                                           Senior Counsel