IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**OPHELIA FORD,**
**WILLIAM MARTIN SUGGS,**
**PAUL F. LOWE,**
**GWENDOLYN ELLERSON,**
**LOUVENIA HAMPTON, and**
**NAOMI TATE**,

    **Plaintiffs,**

v.                                                                                  No. 2:06-CV-2031 D

**SENATOR MAE BEAVERS, et al.,**

    **Defendants.**

**CONSENT ORDER GRANTING TERRY ROLAND'S MOTION TO DISMISS**

This matter came before the Court upon the Motion (dkt. #16) to Dismiss submitted by the Defendant, Terry Roland; the statements of counsel; and the entire record herein.

It appearing that the Plaintiffs have not asserted any claim for relief against Defendant Roland;

It further appearing that all parties consented in open Court to the entry of this Order dismissing the action as to Defendant Roland;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed with prejudice as to the Defendant, Terry Roland.

**IT IS SO ORDERED** this 27th day of January, 2006

                                                            s/ Bernice B. Donald
                                                            **BERNICE BOUIE DONALD**
                                                             **UNITED STATE DISTRICT JUDGE**