IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

OPHELIA FORD,
WILLIAM MARTIN SUGGS,
PAUL F. LOWE,
GWENDOLYN ELLERSON,
LOUVENIA HAMPTON, and
NAOMI TATE,

    Plaintiffs,

v.                                                     No. 2:06-CV-2031 D

SENATOR MAE BEAVERS, et al.,

    Defendants.

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

This matter came before the Honorable Bernice B. Donald, United States District Judge, the 25th day of January upon the Plaintiffs Amended complaint for Injunctive Relief and the Defendants' Motions to Dismiss and upon the statements of counsel;

and it appearing to the Court that the Plaintiffs should have through and including Friday, January 27, 2006 to respond to the Defendants Motions;

and it appearing that the Court will issue its ruling on said motions on or before Wednesday, February 1, 2006;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the temporary restraining order heretofore issued be and the same is hereby extended through and including February 1, 2006; which order restrains the Tennessee Senate from taking any action to affirm or void the Special Election in Senate District 29;

2

IT IS FURTHER ORDERED, by the Court, that the Special Ad Hoc Committee is expressly permitted to continue its investigation and deliberations regarding the Special Election and to make a final recommendation to the Senate.

s/Bernice B. Donald
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

DATE: January 27, 2006